UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES WALL                                              CIVIL ACTION

VERSUS                                                     NO: 03-1641

BURL CAIN                                                   SECTION: R(4)

**<u>ORDER</u>**

On January 18, 2011, the Court dismissed Wall's *habeas* petition with prejudice.[1] Rule 11 of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." RULES GOVERNING SECTION 2254 PROCEEDINGS, Rule 11(a). A court may issue a certificate of appealability only if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); RULES GOVERNING SECTION 2254 PROCEEDINGS, Rule 11(a) (noting that § 2253(c)(2) supplies the controlling standard). In *Miller-El v. Cockrell*, the Supreme Court held that the "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition

---

[1]     R. Doc. 60.

should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further." 537 U.S. 322, 336 (2003) (internal quotation marks removed).

After providing Wall with a full and fair opportunity to present his equal protection claim, the Court found that Wall failed to demonstrate a *prima facie* case of racial discrimination because, among other reasons, his statistics were "fatally riddled with gaps."[2]  This ruling would not engender debate among reasonable jurists.  Wall has not made a substantial showing of the denial of a constitutional right, and the issues he presents do not merit encouragement to proceed further.

For the foregoing reasons, the Court will not issue a certificate of appealability in this case.

New Orleans, Louisiana, this 25th day of January, 2011.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[2]    R. Doc. 52 at 15.